

306 West Broadway Austin, Texas
Fort Worth, Texas 76104
817.332.8505 Main/817.332.8548 Fax
LaborCounsel.net

ACCEPTED
03-14-00693-CV
4495923
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 3:03:30 PM
JEFFREY D. KYLE
CLERK

March 13, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/13/2015 3:03:30 PM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
Post Office Box 12547
August, Texas 78711

RE:     Court of Appeals Number: 03-14-00693-CV
        Trial Court Case Number: C2014-0928A

Style:  City of New Braunfels; Jan Kotylo, in her official capacity; Pat Clifton, in his
        official capacity; and Fritz Welsch, in his official capacity v. Joseph Tovar

Dear Mr. Kyle:

On behalf of the City of New Braunfels, Jan Kotylo, Pat Clifton and Fritz Welsch, in their official capacities, please accept this letter as our firm's intention to orally argue the above case before the Court on April 22, 2015 at 1:30 P.M.  Additionally, as requested in your correspondence of March 12, 2015, our office is in the process of compiling three copies of each brief filed on behalf of our clients. Those copies will be forwarded no later than the deadline of March 23rd and will be in compliance with the rules of this Court.

As always, should you have any questions concerning this matter, please do not hesitate to contact my office.

Very truly,

*/s/ Bettye Lynn*

Bettye Lynn
Lynn@laborcounsel.net
Direct Dial: 817.332.8504

BL/jc

Electronically Serve:
Mr. Chad Hyde, TMPA
6200 La Calma Drive, Suite 200
Austin, Texas 78752
Chad.Hyde@tmpa.org

